RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Nazario Rodriguez-Corrales

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NAZARIO RODRIGUEZ-CORRALES,<br><br>　　　　　Defendant. | Case No. 2:21-mj-01007-DJA-1<br><br>ORDER　TO CONTINUE BENCH TRIAL<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Nazario Rodriguez-Corrales, that the bench trial currently scheduled on August 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been out of the jurisdiction.
2. The defendant is not in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the second request for a continuance of the bench trial.

DATED this 9th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Angelica Marmorstein<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>NAZARIO RODRIGUEZ-CORRALES,<br><br>      Defendant. | Case No. 2:21-mj-01007-DJA-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, August 10, 2022 at 9:00 a.m., be vacated and continued to October 26, 2022, at 9:00 a.m., Courtroom 3A.

    DATED this 9th day of August, 2022.



_____

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS